UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | | |
|---|---|---|
| JAHLEEL CORDERO, | : | |
| | : | |
| Plaintiff, | : | 1:22-cv-8155-GHW |
| | : | |
| -against- | : | ORDER |
| | : | |
| EMMANUEL & VIANKA | : | |
| TRANSPORTATION LLC, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/2022

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on September 23, 2022.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 2, 2022.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendants are directed to serve a copy of this order on Plaintiff, and to retain proof of service.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 28, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge