UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAHEEL CORDERO,

                      **Plaintiff,**                22-CV-08155 (SN)

    -against-                                 **ORDER**

EMMANUEL & VIANKA
TRANSPORTATION, LLC,

                      **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On December 22, 2022, the Court ordered the parties to file a joint letter informing the Court about the status of discovery by Friday, March 3, 2023. ECF No. 13. As no such filing has been made, the parties are directed to file a status letter by March 15, 2023.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      March 8, 2023
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/2023