UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAHLEEL CORDERO,

                **Plaintiff,**                22-CV-08155 (SN)

    -against-                          **ORDER**

EMMANUEL & VIANKA
TRANSPORTATION, LLC, et al.,

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the close of discovery on July 31, 2023, the parties shall notify the Court if they wish to engage in a settlement conference before the Court or a referral to a different magistrate judge or the Court's mediation program. If the parties wish to hold a settlement conference before me, they are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. The parties are reminded that the deadline to file any motion for summary judgment is August 30, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 1, 2023
              New York, New York