UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAHLEEL CORDERO,

       Plaintiff,         22-CV-08155 (SN)

  -against-           **ORDER**

EMMANUEL & VIANKA
TRANSPORTATION, LLC, et al.,

       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  The deadline to file motions for summary judgment in this case was August 30, 2023. See ECF No. 23. To date, neither party has filed any such motion. Accordingly, an in-person conference is scheduled for Thursday, September 14, at 12:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The purpose of this conference is to select a deadline for pre-trial submissions and a trial date.

**SO ORDERED.**

                SARAH NETBURN
                United States Magistrate Judge

DATED: September 7, 2023
      New York, New York