```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAHLEEL CORDERO,

                              **Plaintiff,**

      -against-

EMMANUEL & VIANKA
TRANSPORTATION, LLC, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

22-CV-08155 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

    The Court has been advised that the parties have reached a settlement on all issues. Accordingly, all deadlines are adjourned, and the case is dismissed with prejudice, provided, however, that within 30 days of the date of this Order, counsel may apply by letter to restore this action to this Court's calendar.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 11, 2023
                New York, New York